**Laurie J. CARPENTER, Appellant, v. ROHM & HAAS CO., Inc.**

**No. 10816.**

United States Court of Appeals
Third Circuit.

Argued Jan. 8, 1953.

Decided Jan. 12, 1953.

Rehearing Denied Feb. 3, 1953.

L. J. Carpenter, pro se.

James R. Morford and Morton E. Evans, Wilmington, Del. (Morford, Bennethum, Marvel & Cooch, Wilmington, Del., on the brief), for appellee.

Before MARIS, McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

The judgment of the district court will be affirmed for the reasons stated in the opinion of Judge Rodney, 109 F.Supp. 739.

■

**WISCONSIN CENTRAL RAILWAY COMPANY, Debtor, et al., Appellants, v. Edgar F. ZELLE, as Trustee for Wisconsin Central Railway Company, Debtor, et al.**

**No. 14744.**

United States Court of Appeals
Eighth Circuit.

Dec. 29, 1952.

Abraham K. Weber, New York City, for appellants.

William J. Quinn, St. Paul, Minn., E. E. Boyner, Minneapolis, Minn., Robert G. Gehrz, St. Paul, Minn., Bergmann Richards, Josiah E. Brill, Minneapolis, Minn., Irving J. Galpeer, New York City, Henry Mitchell, Minneapolis, Minn., Leonard H. Murray, James E. Dorsey, Donald West, Minneapolis, Minn., W. G. Murphy, Paul D. Miller, New York City, Thomas P. Helmey, Minneapolis, Minn., Frank H. Detweiler, New York City, Frank Janes, Minneapolis, Minn., William A. W. Steward, Reese D. Alsop, New York City, George W. Morgan, Samuel H. Morgan, St. Paul, Minn., and A. Albert Minton and Cornelius W. Wickersham, New York City, for appellees.

PER CURIAM.

Appeal from District Court dismissed with cost, on motion of appellees.